# EXHIBIT B

| US8843549 | SugarCRM Sugar Asterisk (The accused product) |
|---|---|
| 1. A method for an application involving real-time notification of a client by a telephone switching system, comprising: | The accused product practices a method for an application involving real-time notification (e.g., incoming phone call notification received by a user utilizing SugarCRM with Sugar Asterisk) of a client by a telephone switching system.<br><br>https://sugarexchange.sugarcrm.com/apps/182/sugar-asterisk-cti-integration#img_624 |

| | |
|---|---|
| a) opening a connection between the client and a server; | The accused product practices opening a connection between the client (e.g., when a user login to Sugar Asterisk account for receiving incoming calls) and a server (e.g., Sugar Asterisk's server).<br><br> |
| b) transmitting notification messages from the telephone switching system to the server using a networking protocol; | The accused product practices transmitting notification messages from the telephone switching system (e.g. calls that originate from a traditional phone switching network) to the server (e.g., Sugar Asterisk's server) using a networking protocol (e.g., IP). |

| | |
|---|---|
| |  |
| c) transforming the notification messages at the server into a programming language code and using said networking protocol for sending the programming language code to the client, wherein the programming language code is | The accused product practices transforming the notification messages (e.g., incoming phone call notification received by a user utilizing Sugar Asterisk system) at the server (e.g., Sugar Asterisk's server) into a programming language code (e.g., markup language code such as HTML code) and using said networking protocol (e.g., IP) for sending the programming language code to the client (e.g., a user utilizing a web browser based version of the Sugar Asterisk system), wherein the programming language code is executable by the client's browser (e.g., the web browser of a user). |

| | |
|---|---|
| executable by the client's browser; | <br>https://sugarexchange.sugarcrm.com/apps/182/sugar-asterisk-cti-integration#img_624 |





| | |
|---|---|
| d) using an HTTP streaming mechanism for transmission of the notification from the server to the browser through the open connection, whereby the connection between the client and the server remains open in the intervening period between the transmission | The accused product uses an HTTP streaming (e.g., call or a messaging session streaming to a user's web browser) mechanism for transmission of the notification (e.g., incoming phone call notification received by a user utilizing Sugar Asterisk system) from the server (e.g., Sugar Asterisk's server) to the browser (e.g., web browser of the user such as Google Chrome) through the open connection (e.g., a call queue which supports transmission and storage of notifications from Sugar Asterisk's server to a said website with the Web Widget), whereby the connection between the client and the server remains open in the intervening period between the transmission of individual notification messages. |

| of individual notification messages; and |  |

| | |
|---|---|
| |  https://sugarexchange.sugarcrm.com/apps/182/sugar-asterisk-cti-integration#img_624 |
| e) executing the programming language codes by the browser whereby the respective | The accused product practices executing the programming language codes (e.g., markup language code such as HTML code) by the browser (e.g., web browser of the user such as Google Chrome) whereby the respective notification messages are displayed or outputted (e.g., display pop up) at the client.<br><br>The user i.e. a business or customers can place a call from various devices which will thereby be notifying the Sugar Asterisk server so that the recipient can receive an in-app notification. |

| notification messages are displayed or outputted at the client. |  |



https://sugarexchange.sugarcrm.com/apps/182/sugar-asterisk-cti-integration#img_624

| | |
|---|---|
| 4. The method according to claim 1, further comprising: using the HTTP | The accused product uses the HTTP protocol (e.g., by means of a http browser) for the client-server connection. |

| protocol for the client-server connection. |  |



https://sugarexchange.sugarcrm.com/apps/182/sugar-asterisk-cti-integration#img_624